# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 218

| | |
|---|---|
| THE SYNOPTIC PROJECT, LTD, et al, | ) |
| Plaintiffs | ) |
| V | ) **ORDER** |
| TRANS UNION, LLC, et al, | ) |
| Defendants | ) |

**THIS MATTER** is before the court on Sinead N. O'Doherty's Application for Admission to Practice *Pro Hac Vice* of Mareasa M. Fortunato. It appearing that Mareasa M. Fortunato is a member in good standing with the Georgia Bar and will be appearing with Sinead N. O'Doherty, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sinead N. O'Doherty's Application for Admission to Practice *Pro Hac Vice* (#22) of Mareasa M. Fortunato is **GRANTED**, and that Mareasa M. Fortunato is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sinead N. O'Doherty.

Signed: October 3, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge