# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:11 CV 218

| | |
|---|---|
| THE SYNOPTIC PROJECT, LTD, et al, | ) |
|     Plaintiffs | ) |
| V | )    **ORDER** |
| TRANS UNION, LLC, et al, | ) |
|     Defendants | ) |

**THIS MATTER** is before the court on David Guidry's Application for Admission to Practice *Pro Hac Vice* of Keasha Ann Broussard. It appearing that Keasha Ann Broussard is a member in good standing with the Georgia Bar and will be appearing with David Guidry, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that David Guidry's Application for Admission to Practice *Pro Hac Vice* (#27) of Keasha Ann Broussard is **GRANTED**, and that Keasha Ann Broussard is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with David Guidry.

Signed: October 6, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge