# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 218

| | |
|---|---|
| EDWARD L. BLEYNAT, JR., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| TRANSUNION, LLC; EQUIFAX ) | |
| INFORMATION SERVICES, LLC; ) | |
| EXPERIAN INFORMATION SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on David Matthew Wilkerson's Application for Admission to Practice *Pro Hac Vice* of Andrew Sefzik. It appearing that Andrew Sefzik is a member in good standing with the Texas State Bar and will be appearing with David Matthew Wilkerson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that David Matthew Wilkerson's Application for Admission to Practice *Pro Hac Vice* (#56) of Andrew Sefzik is **GRANTED**, and that Andrew Sefzik is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with David Matthew Wilkerson.

Signed: July 31, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge