# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:11cv218

| | |
|---|---|
| EDWARD L. BLEYNAT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| TRANS UNION, LLC, EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Motion to Stay Initial Attorney's Conference [# 53]. Plaintiff moves to stay the Initial Attorney's Conference pending a ruling by the District Court on the Motion for Entry of Judgment under Rule 54(b) [# 51]. Upon consideration of the record and the parties' briefs, the Court **DENIES** the motion [# 53]. The parties shall hold the Initial Attorney's Conference within twenty (20) days of the entry of this Order.

Signed: August 16, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge