# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:11cv218

| | | |
|---|---|---|
| EDWARD L. BLEYNAT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| TRANS UNION, LLC, EQUIFAX | ) | |
| INFORMATION SERVICES, LLC, | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is Plaintiff's Motion to Stay Initial Attorney's

Conference [# 53]. Plaintiff moves to stay the Initial Attorney's Conference

pending a ruling by the District Court on the Motion for Entry of Judgment under

Rule 54(b) [# 51]. Upon consideration of the record and the parties' briefs, the

Court **DENIES** the motion [# 53]. The parties shall hold the Initial Attorney's

Conference within twenty (20) days of the entry of this Order.

Signed: August 16, 2012

Dennis L. Howell
United States Magistrate Judge