# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:11 CV 218

| | |
|---|---|
| EDWARD L. BLEYNAT, JR., )<br>)<br>    Plaintiff    )<br>)<br>V                    )<br>)<br>TRANSUNION, LLC; EQUIFAX    )<br>INFORMATION SERVICES, LLC;  )<br>EXPERIAN INFORMATION      )<br>SOLUTIONS, INC.,            )<br>)<br>    Defendants.  )   | **ORDER** |

**THIS MATTER** is before the court on David Guidry's Application for Admission to Practice *Pro Hac Vice* of Kendall W. Carter. It appearing that Kendall W. Carter is a member in good standing with the Georgia State Bar and will be appearing with David Guidry, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that David Guidry's Application for Admission to Practice *Pro Hac Vice* (#71) of Kendall W. Carter is **GRANTED**, and that Kendall W. Carter is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with David Guidry.

Signed: November 27, 2012

Dennis L. Howell
United States Magistrate Judge