# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:11-cv-00218-MR-DLH

| | | |
|---|---|---|
| **EDWARD L. BLEYNAT, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **TRANSUNION, LLC; EQUIFAX** | ) | |
| **INFORMATION SERVICES, LLC;** | ) | |
| **and EXPERIAN INFORMATION** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the report from the mediator advising that this case has been settled. [Doc. 86]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: February 7, 2013

Martin Reidinger
United States District Judge